FILED NOV 06 2026 PAIGE WYMORE-WYNN, CLK U.S. DISTRICT COURT WEST DISTRICT OF MISSOURI

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

TYLER JAMES ESCHLE (sole proprietorship), )
Tyler James Eschle (white Missourian) )
Plaintiff )
)
vs. )
CAPITAL ONE AUTO FINANCE, GLOBAL ) Case No. ____________________
LENDING SERVICES LLC, EZ TOW AND )
Defendant RECOVERY SERVICES )
)

**APPLICATION FOR LEAVE TO FILE ACTION**
**WITHOUT PAYMENT OF FEES**
**WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT**

I state that I am unable to pay the fees to file an action against the defendant(s) in this case and that the actions of the defendant(s) have harmed me.

Attached is my Affidavit of Financial Status in support of my application to the court for leave to file a civil action without payment of costs.

[signature], agent
Plaintiff