UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

TYLER JAMES ESCHLE (sole proprietorship),
Tyler James Eschle (white Missourian)
Plaintiff )
)
vs. ) Case No. ______________
CAPITALONE AUTO FINANCE, GLOBAL LENDING SERVICES, EZ TOW AND RECOVERY SERVICES )
Defendant )

# AFFIDAVIT OF FINANCIAL STATUS

I, ____________________, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

**I. MARITAL STATUS AND PERSONAL DATA**

A. Single: ☒ Married: ☐ Separated: ☐ Divorced: ☐

B. Name of Spouse ______________________________

C. Age of plaintiff, petitioner or complainant: 33

D. Age of spouse: ______________________________

E. Address of plaintiff, petitioner or complainant:
1131 W Battlefield St #-10, Springfield, MO 65807
Telephone: 945 239 0301

F. Address of spouse: ______________________________
Telephone: ______________________________

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

## II. EMPLOYMENT

A. Name of employer: Millwood Golf and Racquet Club

Address of employer: 3700 E. Millwood Dr, Ozark, MO 65721

Employer's telephone: 4178774964 Length of employment: 3 mo

Job title or description: Server

Net Income: Monthly $ 1600 Weekly $ N/A

Gross Income: Monthly $ 1450 Weekly $ N/A

Does employer provide health insurance: Yes ☐ No ☒

If employer provides health insurance, describe coverage: N/A

B. Previous employment (Answer only if presently unemployed).

Name of employer: N/A

Address of employer: N/A

Employer's telephone: N/A Length of employment: N/A

Job title or description: N/A

Net Income: Monthly $ N/A Weekly $ N/A

Gross Income: Monthly $ N/A Weekly $ N/A

C. Employment of spouse:

Name of employer: N/A

Address of employer: n/a

Employer's telephone: n/a Length of employment: n/a

Job title or description: n/a

Net Income: Monthly $ n/a Weekly $ n/a

Gross Income: Monthly $ n/a Weekly $ n/a

## III. FINANCIAL STATUS

(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A. Owner of real property? Yes ☐ No ☒

If yes - Description: n/a

Address: n/a

In whose name? n/a

Estimated value: n/a

Total amount owed: n/a

Owed to: n/a

Annual income from property: n/a

B. Owner of automobile: Yes ☐ No ☒

If yes - Number of automobiles owned: n/a

Make n/a Model n/a Year n/a

Make n/an/a Model n/a Year n/a

In whose name registered? n/a

Present value: n/a

Amount owed on the automobile(s): n/a

Owed to: n/a

Monthly payment(s): n/a

C. Cash on hand: (Include checking and savings accounts)

$200

List names and addresses of banks and associations:

Please do not state account numbers: Green Dot Bank, Texas Capital Bank

D. Have you received within the past 12 months any money from any of the following sources:

| | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | ☐ | ☑ |
| Pensions, trust funds, annuities or life insurance payments? | ☐ | ☑ |
| Gifts or inheritances? | ☐ | ☑ |
| Welfare payments? | ☐ | ☑ |
| ADC or other governmental child support? | ☐ | ☑ |
| Unemployment benefits? | ☐ | ☑ |
| Social Security benefits? | ☐ | ☑ |
| Other sources? | ☐ | ☑ |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

n/a

## IV. OBLIGATIONS

A. Monthly rental on house or apartment: 1100

B. Monthly mortgage payments on house: n/a

Amount of equity in house: n/a

C. Monthly mortgage payments on other properties: $ n/a

Amount of equity in other properties: $ n/a

D. Household expenses:

Monthly grocery expense: 200

Monthly utilities:

Gas: n/a

Electric: 100

Water: 15

Other: (Specify) ________

E. Other debts and miscellaneous monthly expenses:

| To whom owed and for what reason incurred? | Monthly Payments | Balance Due |
|---|---|---|
| Check Into Cash - personal loan | $114 | $228 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## V. OTHER INFORMATION PERTINENT TO FINANCIAL STATUS

(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

n/a

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

Signature of Plaintiff

VERIFICATION

State of Missouri )
County of Greene )
)

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this 6th day of November 20 26

Amy E. Bucy
Notary Public

Date- 11-6-2026 6-13-2028-Exp
My Commission Expires

AMY E BUCY
Notary Public - Notary Seal
Greene County - State of Missouri
Commission Number 24276245
My Commission Expires Jun 13, 2028