# UNITED STATES DISTRICT COURT

for the Western District of Missouri
Southern Division

| | |
|---|---|
| TYLER JAMES ESCHLE (sole proprietorship),<br>Tyler James Eschle (white Missourian)<br>*Plaintiff(s)*<br><br>-v-<br><br>GLOBAL LENDING SERVICES LLC,<br>CAPITAL ONE AUTO FINANCE, EZ Tow and<br>RCOVERY SERVICE LLC<br>*Defendant(s)* | Case No. ______________________<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No |

**PLAINTIFF'S COMPLAINT FOR A CIVIL CASE**

Amount Demand Exceeds: $10,000

COMES NOW, sole proprietorship TYLER JAMES ESCHLE, and white citizen of Missouri Tyler James Eschle (hereinafter "Plaintiffs"), pro per, and files this Complaint against Defendants GLOBAL LENDING SERVICES LLC (Hereinafter "Defendant GLS") and CAPITAL ONE AUTO FINANCE (Hereinafter "Defendant COAF"), and alleges, upon personal knowledge, belief, and direct firsthand experience the following:

**Important Note 1:** Absolutely any attempt to degrade the Uniform Commercial Code by equating it or the technology of negotiable instruments to any "vapor money theory", "redemption scheme", or other nonsensical title will be reported to the Supreme Court of the State, the Supreme Court of the United States as well as to the BAR. Attempts at degrading our law will not be tolerated.

## I. JURISDICTION AND VENUE

1. All causes of action under US Constitution and Federal Statues gain jurisdiction as Federal Questions under 28 USC § 1331.
2. All civil rights causes of actions gain jurisdiction under 28 USC § 1331 and 28 USC § 1343.
3. Venue in this district is proper under 28 USC § 1391 because a substantial part of the property that is the subject of the action is situated in this district.

## II. PARTIES

4. TYLER JAMES ESCHLE is a sole proprietorship, US citizen and resident of Springfield, MO. He has privileges and immunities only under statutes, the Civil Rights Act of 1866, the 14th Amendment and the cases involved in the Incorporation Doctrine. He does not have direct access to the Bill of Rights. As a resident of Missouri, he falls under the Missouri Constitution of 1945. Legal fictions were added only into the 14th Amendment class in *Santa Clara County v. Southern Pacific Railroad Co., 118 U.S. 394 (1886)* and were never allowed to be considered citizens of the State, as made clear in *Paul v. Virginia, 75 U.S. 168 (1869)*.
5. Tyler James Eschle was born a white citizen of Texas but is currently a white citizen of Missouri due to a change in domicile. He has absolutely no need for or access to the Civil Rights Act of 1866 or the 14th Amendment, as made clear in *Bradwell v. State 83 U.S. 130 *1872)*. He has direct and unabridged access to all of The Bill of Rights without any need of the Incorporation Doctrine. This includes the 5th and 6th Amendments (partially incorporated into the 14th Amendment) and the 3rd, 7th, 9th, and 10th (not incorporated). As a white citizen of Missouri, he falls under the Missouri Constitution of 182. Tyler James Eschle is <u>NOT</u> a resident of Missouri and <u>never</u> has been.
6. The differences between State and Federal/National/US/14th Amendment citizenship are well covered in the following cases: *Slaughterhouse Cases 83 U.S. 36 (1873), Bradwell v. State 83 U.S. 130 (1873), Van Valkenburg v. Brown 43 Cal. 43 (1872), United States v. Anthony, 24 F. Cas. 829 (C.C.N.D.N.Y. 1873) (No. 14,459), Twining v. New Jersey, 211 US 78 (1908)* [*Malloy v. Hogan 378 U.S. 1* in 1964 incorporated the 5th amendment right into the 14th Amendment class, and McDonald v. Chicago 561 U.S. 742 in 2010 did the same for the 2nd Amendment. Both cases contain excellent clarifying and expansive information.]
7. There has been a writ of certiorari filed and docketed with the US Supreme Court which is evidence of the fact that the split between sole proprietorship and white Missourian is acceptable for docketing at the US Supreme Court level and does not violate Rule 9.1 of the US Supreme Court Rules. That case number is 25-1221 filed by Brandon Joe Williams and can be downloaded for free on the US Supreme Court official docket for No. 25-1221.
8. Defendants:
    a. GLOBAL LENDING SERVICES LLC (hereon referred to as "Defendant GLS") is a consumer financial services company headquartered at 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607.
    b. CAPITAL ONE AUTO FINANCE (hereon referred to as "Defendant COAF") is a division of CAPITAL ONE, NATIONAL ASSOCIATION, and is headquartered at 7933 Preston Road, Plano, Texas 75024.
    c. EZ TOW AND RECOVERY SERVICE, LLC (hereon referred to as "Defendant EZTRS") is a repossession agency and towing service located at 404 North Seminole Clever, MO 65631.
9. Plaintiff TYLER JAMES ESCHLE, being a 14th Amendment citizen, hereby requests a jury trial as he has no right to the 7th Amendment as it has never been incorporated via the Incorporation Doctrine. If the Court is so kind as to grant this request, the jury must be composed of 14th Amendment US Citizens.

10. Plaintiff Tyler James Eschle hereby fully invokes his 7th Amendment right to a jury trial. This is not negotiable or debatable as he has no obligations or privileges under the 14th Amendment that would incur reliance on the Incorporation Doctrine. This Court Must ensure all jury members are white citizens of Missouri domiciled in the greater Springfield area in accordance with the 6th Amendment. Tyler James Eschle has a network of white citizens of Various States of the Union and is willing to assist the Court, as needed, in building this jury if this is desired or needed by this Court.

11. Due to entirely separate classes of citizenship for the Plaintiffs, if this case does go to trial then it will need to split into two separate trials with two separate juries (or a bench trial for TYLER JAMES ESCHLE, if ordered by this Court).

## III. GENERAL FACTUAL ALLEGATIONS AND STATEMENT OF FACTS CONSTITUTING THE CAUSE OF ACTION

12. Lawful money was originally defined as gold and silver coins, as can be seen in Article 1, Section 10 of the US Constitution: "No State shall … make any Thing but gold and silver Coin a Tender in Payment of Debts".

13. Legal tender is composed of negotiable instruments, which fall into only two classes: unconditional promises (notes) and orders (drafts) to pay. This is clarified in UCC § 3-104.

14. The "US citizen" or "citizen of the United States" class was originally created by Congress in the Civil Rights Act of 1866 in order to protect the negroes that had been released from slavery from the 13th Amendment. It was created in response to the Black Codes in the South and the Dred Scott v Sandford 60 U.S. 393 decision in 1857. Prior to the advent of the Civil Rights Act of 1866, the term "citizen of the United States" simply meant a white citizen of a State (such as a white Californian). This was clearly defined by Justice Solomon Heydenfeldt in Ex Parte Knowles, 5 Cal. 301-307 (1855). Congress was worried about how legal their new Congressional citizenship class was and they were also worried about it being repealed when power shifts in Congress. Their solution to this was to turn the Civil Rights Act of 1866 into a Constitutional Amendment, which became the 14th Amendment. This citizenship class is tied to the District of Columbia, not a State of the Union and this class is only a resident while in a State of the Union (meaning they are not a full citizen of the State). They do not have direct access to the Bill of Rights but only have access to those privileges and immunities via the Incorporation Doctrine cases. Currently, US citizens who are resident in California only have partial access to the 5th and 6th Amendments and they have no access to the 3rd, 7th, 9th or 10th Amendments. All of this was covered thoroughly by the Honorable Samual Freeman Miller in The Slaughter-House Cases, 83 U.S. 36 (1873) and in a judgment that occurred the following day called Bradwell v. State, 83 U.S. 130.

15. 31 USC § 5103 is clear that "Foreign gold or silver coins are not legal tender for debts." This applies to all residents or other National/Federal/US citizens under the 14th Amendment because that citizenship class is tied to Congress, not directly into a State. All residents of California are forced to use legal tender as their primary currency. It is only white citizens of California that fall under Article I, Section 10's decree of using gold and silver coins. The Uniform Commercial Code is the law book regarding the operation of the currency for residents. Every resident in this State, when issuing or handling notes or drafts, is duty-bound to this code. Simply put, 14th Amendment citizens are tied to the District of Columbia and their currency operates under 31 USC § 5103 while they are residents in a State. White citizens of Missouri or any other state must operate under Article 1, Section 10 of the US Constitution.

16. All 14th Amendment citizens, such as US Citizens, are residents of the respective state in which the physical living agent is domiciled. The operative definition of "resident" comes from the Law of Nations and is the following: **"Residents, as distinguished from citizens, are aliens who are permitted to take up a permanent abode in the country. Being bound to the society by reason of their dwelling in it, they are subject to its laws so long as they remain there, and, being protected by it, they must defend it, although they do not enjoy all the rights of citizens. They have only certain privileges which the law, or custom, gives them. Permanent residents are those who have been given the right of perpetual residence. They are a sort of citizens of a less privileged character, and are subject to the society without enjoying all its advantages. Their children succeed to their status; for the right of perpetual residence given them by the State passes to their children."**

17. This clear separation between these separate citizenship classes and legal structures that we have in our country was clearly commented on by Justice Henry Billings Brown in *Downes v. Bidwell, 182 US 244 (1901)* when he said: "we have in this country substantially or practically two national governments; one, to be maintained under the Constitution, with all its restrictions; the other to be maintained by Congress outside and independently of that instrument, by exercising such powers as other nations of the earth are accustomed to exercise."

18. The two primary types of negotiable instruments in our society were silver certificates and gold certificates. These were notes which promised the bearer a certain weight of gold or silver coins upon presentment ("dollar" is a specific weight of either gold or silver coins, so with a "one dollar" silver certificate it would be 371.25 grains of fine silver, which is .999 or above). On April 5, 1933, Executive Order 6102 effectively eliminated the holding of gold coins as well as the usage of gold certificates. Then, in 1963, we had the repeal of key silver purchase laws in Public Law 88-36 and the Coinage Act of 1965, which began the elimination of silver coins and silver certificates. Then, finally, President Richard Nixon closed the gold window on August 15th, 1971, which ended the convertibility of our money supply to gold. This left our currency system without money and resulted in a purely fiat currency that has no real backing called a Federal Reserve Note. This is the reason

why today's currency system is so odd, which you will fully see in this First Amended Complaint. It is not backed by any precious metal like it once was.

19. "Money" is defined as: **In usual and ordinary acceptation it means gold, silver, or paper money used as circulating medium of exchange, And does not embrace notes, bonds, evidences of debt, or other personal or real estate.** *Lane v. Railey, 280 Ky. 319, 133 S.W.2d 74, 79, 81.* Whereas "currency" is defined as: **Coined money and such banknotes or other paper money as are authorized by law and do in fact circulate from hand to hand as the medium of exchange.** *Griswold v. Hepburn, 2 Duv., Ky., 33; Insurance Co. v. Kupfer, 28 Ill. 332, 81 Am.Dec.' 284.* So to say that Federal Reserve Notes are "money" would be false but to say they are "currency" would be legally acceptable. But, the more pure and clear way of describing the differences would be "lawful money" and "legal tender," as this is how Congress personally separated the two in their own descriptions and talks. The Courts commonly used the term "specie" to describe silver/gold coins and to differentiate it from paper currency.

20. The original basis of our legal tender system is found in the *Legal Tender Cases 78 U.S. 682 (1870).* This series of decisions decided that Congress could issue their own notes of obligation outside of the constraints of Article I Section 10 on States to only use gold and silver coins in tender on payment of debt. These decisions are the background behind the language that we see on Federal Reserve Notes even in today's world: "THIS NOTE IS LEGAL TENDER FOR ALL DEBTS, PUBLIC AND PRIVATE" (the term "note" means "promissory note" or "unconditional promise to pay").

21. In today's fiat currency world, the Uniform Commercial Code (hereafter "UCC") is the model code for notes and drafts which then becomes law through the State-specific adoptions of the model code.

22. Any note or draft that falls under UCC § 3-104(a)(1), (a)(2) and (a)(3) would have legal value in law and would be consideration if tendered in a transaction.

23. A Federal Reserve Note is a registered unconditional promise to pay between "United States" (defined in CCC § 9307) and the Federal Reserve. It should be noted that this person called "United States" on this promissory note is "located in the District of Columbia" because that term is only in reference to Congress and is not in reference to the States of the Union (this is made clear in UCC § 9-307(h)). This is because "No State shall … make any Thing but gold and silver Coin a Tender in Payments of Debts" in accordance with Article 1 Section 10 of our US Constitution but the *Legal Tender Cases* explicitly described the the District of Columbia is not a "State" as per the Constitutional definition. The District of Columbia operates outside of the Constitutional restraints that are written for the States of the Union.

24. The Federal Reserve is defined in *John L. Lewis v. United States of America, 680 F.2d 1239 (9th Cirtcuit Court of Appeals – 1982)*, where the Honorable Cecil F. Poole said the following: "Examining the organization and function of the Federal Reserve Banks, and applying the relevant factors, we conclude that the Reserve Banks are not federal instrumentalities for purposes of the FTCA, but are independent, privately owned and locally controlled corporations."

25. Negotiable instruments are exchanged and transferred by what is called "negotiation," which is described in detail in UCC § 3-201.

26. The basis of negotiation is the subject of indorsements, which is not to be mistaken as having a different meaning than the commonly used spelling "endorsements". There is no legal basis in the change in spelling due to the 20th century language shift.

27. Indorsements fall into a few main categories: blank indorsement (UCC § 3-205(b)), Special indorsement (UCC § 3-205(a)), restrictive indorsement (UCC § 3-206), and qualified indorsement (UCC § 3-415(b)).

28. Explained very simply: A blank indorsement does not state a payee, whereas a special indorsement does state the payee. A Qualified indorsement simply limits liability. Any instrument/payment that does not state a payee automatically defaults to "payable to bearer" (blank indorsement).

29. A Federal Reserve Note, for example, since it is originally indorsed in blank, is negotiated as described in UCC § 3-201(b): **"If an instrument is payable to bearer, it may be negotiated by transfer of possession alone."** An example of this would be buying coffee: you extend your hand unconditionally with the Federal Reserve Note (which would be "tender") then the note is either accepted or dishonored. The negotiation of the note is allowed to be done without a specific indorsement written on the face of the instrument because it is originally, when issued, indorsed in blank (meaning it is "payable to bearer"). You can see this terminology printed on some of the old notes in our country's past and you see it very clearly on old silver and gold certificates.

30. A Simple definition of the word "cash" would be "any physical instrument which is indorsed in blank that can be rapidly and easily physically tendered as consideration in a transaction."

31. Another example would be paying with a credit card: a brand new note would be produced and issued by the transaction and that note is then tendered for payment. But the credit card, in itself, would not be a negotiable instrument; it is a tool that produces negotiable instruments. You can even see the term "issuer" on your credit card receipts sometimes when you use them (which is in accordance with UCC § 3-105). A credit card is a "tool that issues unconditional promises to pay." It literally **creates** currency. Every single time a credit card is used, it is actually inflating the monetary system.

32. Rules of negotiation are simple: after tendering an instrument, the other party can either accept the instrument as a payment in accordance with CCC § 3602/3603 or dishonor it in accordance with the rules of dishonor found in CCC § 3502. **(Please see visual aid flowchart at Exhibit A).**

33. If the tender is not "dishonored" and not "accepted," then it is refused… which activates the provisions found in UCC § 3-603(b). This is a breach of obligation but is only a breach for that specific point in the cycle on that specific instrument. **(Please see visual aid flowchart at Exhibit A).**

34. Each individual issuance of a note or draft begins an entirely new "cycle" and would not be subject to any other specific cycles. Each series of steps that are statutory and required leading all the way from the "issuing" of a note or draft all the way to discharge or completion would be one independent and individual cycle. Just because there was a breach involving an indorsement, would not then preclude or prejudice a a separate or later breach, even with the same payment/instrument (for example: a failure to dishonor or discharge). Also, just because one instrument/payment had a breach of obligation during the billing cycle would not then preclude or prejudice the cycle of another instrument/payment. Cases covering this point are: *Lawlor v. National Screen Service Corp., 349 U.S. 322 (1955), Media Rights Technologies, Inc. v. Microsoft Corp., 917 F.3d 1107 (9th Cir. 2019), English v. English (1937) 9 Cal.2d 358.* **(Please see visual aid flowchart at Exhibit A).**

35. Everything in UCC Section 3 established a presumption, automatically, in accordance with UCC § 1-206, which states: **Whenever this code creates a "presumption" with respect to a fact, or provides that a fact is "presumed," the trier of fact must find the existence of the fact unless and until evidence is introduced that supports a finding of its nonexistence.**

36. The "issuing" of a note or draft begins the above independent cycle for an instrument. The definition of "issue" is found at UCC § 3-105. **(Please see visual aid flowchart at Exhibit A).**

37. A note or draft, at the point of issue, is automatically said to be governed by the UCC unless it follows the edict of UCC § 3-104(d) which states: "A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this Article."

38. UCC § 1-305 is clear that absolutely any aspect of the CCC may be turned into a cause of action and that all remedies are to be liberally administered. Permanent Editorial Board (PEB) Commentary No. 25 (2022) also clearly communicates an express right of action to enforce any declared right or obligation — even if no specific monetary remedy is spelled out and even if traditional "implied private right of action" analysis might otherwise fail. *Five Star Bank cases (Pa. Super. 2024)* references UCC § 1-305(b) to support enforcement of rights, including in contexts involving statutory damages or minimum recoveries "regardless of any injury that may have resulted." Having no right for relief on damages precludes damages being needed to structure a cause of action.

39. The above information applies directly to this case we are currently inspecting: both Defendants issued the Plaintiffs a promissory note which turned the Plaintiffs into a "debtor" and then the Plaintiffs "authenticated" (signed/indorsed) the promissory note creating a Security Interest in accordance with UCC 9-203(b)(3)(A). This newly created Security Interest has Actual Cash Value equal to the written amount of the obligation attached to the collateral, which is the vehicle. The Plaintiffs then negotiated the instrument which holds the Actual Cash Value of the obligation back to the Defendants, effectively providing them with full payment equal to the subsequent loan that was provided for the vehicle. This is outlined in detail in the following statements.

40. On January 13, 2024 an offer was made to Plaintiffs by a privately-owned dealership which had a working relationship with Defendant GLS, to receive property which is a 2021 Ford Escape with VIN # 1FMCU0G66MUA17956.

41. Defendant GLS offered to finance the property for the principal amount of $22,661.51 with an interest rate of 20.38%. The total cost of the purchase on credit, including any downpayments, is $44,132.48.

42. Plaintiffs verbally accepted the offer and then were given a "Motor Vehicle Retail Installment Contract and Security Agreement" which included a promissory note to review and sign.

43. At the time of this event, Plaintiffs were unaware of the Uniform Commercial Code and any statutes that would have applied to this situation therefore precluding them from identifying an unconscionable contract.

44. No information was provided verbally or in the contract that gave the Plaintiff reasonable opportunity to learn of the character of the instrument nor become aware of the options available as the holder in due course of the instrument. Therefore, the Plaintiff was induced to provide a blank indorsement on the instrument without any knowledge that by doing so, the Plaintiff was creating a security interest that could then be exchanged for Federal Reserve Notes up to as much as the maturity rate on the security interest.

45. Plaintiffs provided a blank indorsement in accordance with UCC § 3-205 and negotiated it back.

46. Plaintiffs allege that it would be an act of insanity for the plaintiff to have willingly and knowingly agreed to provide Defendant GLS with Actual Cash Value equal to the amount being financed for the vehicle, and then also agree to pay the amount of the loan back at interest over a period of time submitting himself to Peonage.

47. Plaintiff was ordered to pay $551.84 each month and the Plaintiff completed 15 payments using Federal Reserve Notes.

48. On 04/04/2025 Plaintiff entered into an agreement with Defendant COAF to refinance the vehicle, and once again the Plaintiff was coerced to provide a blank indorsement on the Loan and Security Agreement promissory note.

49. The monthly order to pay assessed to the Plaintiff by Defendant COAF was $469.55.

50. Plaintiffs allege that by providing a blank indorsement on each instrument and negotiating it back to each Defendant in accordance with UCC § 3-201, Plaintiffs transferred a negotiable instrument for value and consideration according to UCC § 3-303(a) subsections (1) and (2). The security interest in the vehicle and a lien on the Title was given to each Defendant, and Plaintiffs were put under a contract to pay each Defendant back the amount of the loan provided plus interest. Plaintiffs claim inadequate consideration because of this fact in accordance with UCC § 3-303 and UCC § 2-302.

51. Defendant GLS partners with various credit unions, including Global Federal Credit Union, to provide auto financing options. GLOBAL FEDERAL CREDIT UNION has had Federal Reserve Discount Window access since 10/17/1994 in accordance with the Federal Reserve Master Account and Services Database website.

52. Defendant COAF is a division of CAPITAL ONE, NA which has had access to the Federal Reserve Discount Window since 06/27/1996 in accordance with the Federal Reserve Master Account and Services Database website.

53. Plaintiffs make the presumption that both Defendant GLS and Defendant COA used the original Promissory Note from each respective case to receive payment in the form of Federal Reserve Notes, either directly through the Federal Reserve Discount Window or by negotiating it to an entity that has access to the Federal Reserve Discount Window. Plaintiffs have been unable to procure the original promissory notes from each Defendant to inspect as evidence.

54. During the night of 10/29/2026 while the Plaintiffs were asleep, the vehicle was taken possession of by a repossession agency which violates Missouri's rules surrounding repossession. Plaintiffs received no notice from Defendant COAF about a default and the 20-day period was not honored.

55. On 10/30/2026 the Plaintiffs attempted to contact Defendant EZTRS to obtain his personal items and was hung up on and then blocked from calling, effectively precluding Plaintiffs from getting any information on retrieving his personal belongings.

## SECTION IV – BACKGROUND OF CASE SPECIFICS

56. There are no previous court actions containing the instruments in question in this verified complaint. No court has ever evaluated these instruments at any point in time in the past.

57. There are no previous court actions containing the causes of action in this verified complaint.

58. Nothing in this complaint is a tort because torts are damages that are absent from a contract and all damages stated are by the contract itself held between TYLER JAMES ESCHLE and both Defendants. Tyler James Eschle is the indorser which involves him in more of a fringe aspect to the contract between TYLER JAMES ESCHLE and both Defendants.

## SECTION V – STATUTORY CAUSES OF ACTION AS A RESULT OF DAMAGES

Cause of Action 1: By Plaintiff TYLER JAMES ESCHLE against Defendant GLOBAL LENDING SERVICES – Fraud that induced the obligor to sign the instrument with neither knowledge nor reasonable opportunity to learn of its character or essential terms (UCC § 3-305(a)(1)(iii))

59. TYLER JAMES ESCHLE incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

60. Private right of action in a civil case for this statutory avenue of relief is available via 18 USC § 1595.

61. This cause of action is only available for persons who have citizenship under the 14th Amendment, as it is statutory in nature.

62. The Defendant has a duty to this statute because he is a citizen of Congress under the 14th Amendment.

63. By failing to provide TYLER JAMES ESCHLE with knowledge or reasonable opportunity to learn of the character of the "Motor Vehicle Retail Installment Contract and Security Agreement" and the promissory note within, the Defendant induced a fraudulent transaction where TYLER JAMES ESCHLE created by signature and transferred a negotiable instrument with the Actual Cash Value of $22,661.51 in exchange for a loan in the amount of $22,661.51 for the purchase of the 2021 White Ford Escape; VIN # 1FMCU0G66MUA17956, and then also agreed to pay back $22,661.51 at interest over a period of 72 months, which would have totaled $39,732.48.

64. If TYLER JAMES ESCHLE had known the truth he would have not entered into that agreement and as a result received inadequate consideration grossly disproportionate to the value of what he gave to the Defendant in that moment and in the future.

65. As a direct and proximate result of Defendant's violation of UCC § 3-305(a)(1)(iii), TYLER JAMES ESCHLE has suffered actual damages, including but not limited to emotional and mental distress, loss of resources, and involuntary forfeiture of rightful ownership of property.

Cause of Action 2: By Plaintiff TYLER JAMES ESCHLE against Defendant CAPITAL ONE AUTO FINANCE – Fraud that induced the obligor to sign the instrument with neither knowledge nor reasonable opportunity to learn of its character or essential terms (UCC § 3-305(a)(1)(iii))

66. TYLER JAMES ESCHLE incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

67. Private right of action in a civil case for this statutory avenue of relief is available via 18 USC § 1595.

68. This cause of action is only available for persons who have citizenship under the 14th Amendment, as it is statutory in nature.

69. The Defendant has a duty to this statute because he is a citizen of Congress under the 14th Amendment.

70. By failing to provide TYLER JAMES ESCHLE with knowledge or reasonable opportunity to learn of the character of the "Loan and Security Agreement" and the promissory note within, the Defendant

induced a fraudulent transaction where TYLER JAMES ESCHLE created by signature and transferred a negotiable instrument with the Actual Cash Value of $18,036.00 in exchange for a loan in the amount of $18,036.00 for the refinancing of the 2021 White Ford Escape; VIN # 1FMCU0G66MUA17956, and then also agreed to pay back $18,036.00 at interest an annual interest rate of 13.05% over a period of 50 months, which would have totaled $23,477.5.

71. If TYLER JAMES ESCHLE had known the truth he would have not entered into that agreement and as a result received inadequate consideration grossly disproportionate to the value of what he gave to the Defendant in that moment and in the future.

72. As a direct and proximate result of Defendant's violation of UCC § 3-305(a)(1)(iii), TYLER JAMES ESCHLE has suffered actual damages, including but not limited to emotional and mental distress, loss of resources, and involuntary forfeiture of rightful ownership of property.

Cause of Action 3: By Plaintiff TYLER JAMES ESCHLE against Defendant GLOBAL LENDING SERVICES – Peonage (18 U.S. Code § 1581)

73. TYLER JAMES ESCHLE incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

74. Private right of action in a civil case for this statutory avenue of relief is available via 18 USC § 1595.

75. This cause of action is only available for persons who have citizenship under the 14th Amendment, as it is statutory in nature.

76. The Defendant has a duty to this statute because he is a citizen of Congress under the 14th Amendment.

77. By inducing the Plaintiffs to agree to the aforementioned arrangement outlined in the "Motor Vehicle Retail Installment Contract and Security Agreement", the Defendant effectively placed TYLER JAMES ESCHLE in a peonage situation by placing a Lien on the title for the vehicle and forcing him to pay the amount of the loan (at interest) which was originally exchanged for a negotiable instrument with Actual Cash Value equal to the amount of the loan.

78. The Defendant used coercion and threats by threatening to repossess the vehicle which would cause further irreparable harm to the Plaintiffs, in order to force continued payments to be made. Force of this Court is needed to bring this corporation under control and back under the laws of our nation regarding legal tender.

79. As a direct and proximate result of Defendant's violation of 18 U.S. Code § 1581, TYLER JAMES ESCHLE has suffered actual damages, including but not limited to loss of emotional well-being, involuntary forfeiture of rightful ownership of property, and involuntary forfeiture of economic resources in the form of Federal Reserve Notes. TYLER JAMES ESCHLE is entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 4: By Plaintiff TYLER JAMES ESCHLE against Defendant CAPITAL ONE AUTO FINANCE – Peonage (18 U.S. Code § 1581)

80. TYLER JAMES ESCHLE incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

81. Private right of action in a civil case for this statutory avenue of relief is available via 18 USC § 1595.

82. This cause of action is only available for persons who have citizenship under the 14th Amendment, as it is statutory in nature.

83. The Defendant has a duty to this statute because he is a citizen of Congress under the 14th Amendment.

84. By inducing the Plaintiffs to agree to the aforementioned arrangement outlined in the "Loan and Security Agreement", the Defendant effectively placed TYLER JAMES ESCHLE in a peonage situation by placing a Lien on the title for the vehicle and forcing him to pay the amount of the loan (at interest) which was originally exchanged for a negotiable instrument with Actual Cash Value equal to the amount of the loan.

85. The Defendant uses coercion and threats by threatening to repossess the vehicle and then actually repossessing the vehicle which has caused irreparable harm to the Plaintiffs, despite the Plaintiff's many attempts to discuss the truth with the Defendant and rectify the situation. Force of this Court is needed to bring this corporation under control and back under the laws of our nation regarding legal tender.

86. As a direct and proximate result of Defendant's violation of 18 U.S. Code § 1581, TYLER JAMES ESCHLE has suffered actual damages, including but not limited to loss of emotional well-being, involuntary forfeiture of rightful ownership of property, loss of use of their property, loss of ability to travel privately, and involuntary forfeiture of economic resources in the form of Federal Reserve Notes. TYLER JAMES ESCHLE is entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 5: By Plaintiff TYLER JAMES ESCHLE against Defendant GLOBAL LENDING SERVICES – Benefitting Financially from Peonage (18 U.S. Code § 1593A)

87. TYLER JAMES ESCHLE incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

88. Private right of action in a civil case for this statutory avenue of relief is available vie 18 USC § 1595.

89. This cause of action is only available for persons who have citizenship under the 14th Amendment.

90. The Defendant has a duty to this statute because he is a citizen of Congress under the 14th Amendment.

91. The Defendant benefits financially by allowing the Plaintiffs to naively make continuous payments using Federal Reserve Notes monthly despite having already received the same value as the loan that was provided for the vehicle.

92. As a direct and proximate result of Defendant's violation of 18 U.S. Code § 1593A, TYLER JAMES ESCHLE has suffered actual damages, including but not limited to loss of emotional well-being and involuntary forfeiture of economic resources in the form of Federal Reserve Notes. TYLER JAMES ESCHLE is entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 6: By Plaintiff TYLER JAMES ESCHLE against Defendant CAPITAL ONE AUTO FINANCE – Benefitting Financially from Peonage (18 U.S. Code § 1593A)

93. TYLER JAMES ESCHLE incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

94. Private right of action in a civil case for this statutory avenue of relief is available vie 18 USC § 1595.

95. This cause of action is only available for persons who have citizenship under the 14th Amendment.

96. The Defendant has a duty to this statute because he is a citizen of Congress under the 14th Amendment.

97. The Defendant benefits financially by allowing the Plaintiffs to naively make continuous payments using Federal Reserve Notes monthly despite having already received the same value as the loan that was provided for the vehicle.

98. As a direct and proximate result of Defendant's violation of 18 U.S. Code § 1593A, TYLER JAMES ESCHLE has suffered actual damages, including but not limited to loss of emotional well-being and involuntary forfeiture of economic resources in the form of Federal Reserve Notes. TYLER JAMES ESCHLE is entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 7: By Plaintiff TYLER JAMES ESCHLE against Defendant CAPITAL ONE AUTO FINANCE – Civil Action for Deprivation of Rights (42 USC § 1983)

99. TYLER JAMES ESCHLE incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

100. This cause of action is only available for persons who have citizenship under the 14th Amendment. The origination of this statute is from the negro's Civil Rights Act of 1866.

101. The Defendant has a duty not to breach the civil rights of non-whites or legal fictions with privileges and immunities under the Civil Rights Act of 1866 (which became the 14th Amendment).

102. Defendant breached this duty by repossessing the vehicle owned by TYLER JAMES ESCHLE despite having already been provided with Actual Cash Value equal to the loan for the vehicle consisting of Federal Reserve Notes and being notified of a legal claim being put on the vehicle.

103. This violated the 4th and 5th Amendment rights established by the Incorporation Doctrine as well as the 13th and 14th Amendment rights of TYLER JAMES ESCHLE. Separate Constitutional causes of action will be made with more detail but this cause of action will be here as a statutory avenue of relief, separated from the Constitutional causes of action.

## SECTION VI – CONSTITUTIONAL CAUSES OF ACTION AS A RESULT OF DAMAGES

Cause of Action 8: By Plaintiff TYLER JAMES ESCHLE against Defendant CAPITAL ONE AUTO FINANCE – Violation of the Fourth Amendment of the US Constitution (via Incorporation Doctrine)

104. TYLER JAMES ESCHLE incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

105. The Fourth Amendment of the US Constitution says: **The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated.**

106. TYLER JAMES ESCHLE does not have direct access to the protections of the Fourth Amendment but must use the Incorporation Doctrine cases to access those protections. The case that gives him the protections heeded to structure this cause of action is *Mapp v. Ohio, 367 U.S. 643 (1961)*.

107. The Defendant has a duty to follow the US Constitution and the Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with 5 USC § 3331.

108. The vehicle and all items within it, which should have remained in the Plaintiffs' possession, were effectively "seized" when the vehicle was towed away during the night of 10/26/2026 to 10/27/2026 at the arbitrary whim of the oppressive Defendant. This included items such as shoes used for work, work uniform, and various other personal belongings.

Cause of Action 9: By Plaintiff Tyler James Eschle against Defendant CAPITAL ONE AUTO FINANCE – Violation of the Fourth Amendment of the US Constitution

109. Tyler James Eschle incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

110. The Fourth Amendment of the US Constitution says: **The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated.**

111. Tyler James Eschle does not need to rely on the Incorporation Doctrine to establish this cause of action because he is a white citizen of Missouri.

112. The Defendant has a duty to follow the US Constitution and the Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with 5 USC § 3331.

113. The vehicle and all items within it, which should have remained in the Plaintiffs' possession, were effectively "seized" when the vehicle was towed away during the night of 10/26/2026 to 10/27/2026 at the arbitrary whim of the oppressive Defendant. This included items such as shoes used for work, work uniform, and various other personal belongings.

Cause of Action 10: By Plaintiff TYLER JAMES ESCHLE against Defendant CAPITAL ONE AUTO FINANCE – Violation of the Fifth Amendment of the US Constitution (via Incorporation Doctrine)

114. TYLER JAMES ESCHLE incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

115. The Fifth Amendment of the US Constitution states: **No person shall … be deprived of life, liberty, or property without due process of law.**

116. TYLER JAMES ESCHLE does not have direct access to the protections of the Fourth Amendment but must use the Incorporation Doctrine cases to access those protections. The case that gives him the protections heeded to structure this cause of action is *Chicago, Burlington, & Quincy Railroad Co. v. City of Chicago, 166 U.S. 226 (1897).*

117. The Defendant has a duty to follow the US Constitution and the Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with 5 USC § 3331.

118. The Defendant forcefully took possession of the vehicle which was fully paid for by TYLER JAMES ESCHLE. This heavily deprived TYLER JAMES ESCHLE, illegally, of life, liberty, and property without due process and without him having done anything illegal.

<u>Cause of Action 11: By Plaintiff Tyler James Eschle against Defendant CAPITAL ONE AUTO FINANCE – Violation of the Fifth Amendment of the US Constitution</u>

119. Tyler James Eschle incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

120. The Fourth Amendment of the US Constitution says: **No person shall … be deprived of life, liberty, or property without due process of law.**

121. Tyler James Eschle does not need to rely on the Incorporation Doctrine to establish this cause of action because he is a white citizen of Missouri.

122. The Defendant has a duty to follow the US Constitution and the Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with 5 USC § 3331.

123. The Defendant forcefully took possession of the vehicle which was fully paid for by Tyler James Eschle. This heavily deprived Tyler James Eschle, illegally, of life, liberty, and property without due process and without him having done anything illegal.

<u>Cause of Action 12: By Plaintiff TYLER JAMES ESCHLE against Defendant EZ TOW AND RECOVERY SERVICE LLC – Violation of the Fourth Amendment of the US Constitution (via Incorporation Doctrine)</u>

124. TYLER JAMES ESCHLE incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

125. The Fourth Amendment of the US Constitution says: **The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated.**

126. TYLER JAMES ESCHLE does not have direct access to the protections of the Fourth Amendment but must use the Incorporation Doctrine cases to access those protections. The case that gives him the protections heeded to structure this cause of action is *Mapp v. Ohio, 367 U.S. 643 (1961)*.

127. The Defendant has a duty to follow the US Constitution and the Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with 5 USC § 3331.

128. The vehicle and all items within it, which should have remained in the Plaintiffs' possession, were effectively "seized" when the vehicle was towed away during the night of 10/26/2026 to 10/27/2026 at the arbitrary whim of the oppressive Defendant. This included items such as shoes used for work, work uniform, and various other personal belongings.

<u>Cause of Action 13: By Plaintiff Tyler James Eschle against Defendant EZ TOW AND RECOVERY SERVICE LLC – Violation of the Fourth Amendment of the US Constitution</u>

129. Tyler James Eschle incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

130. The Fourth Amendment of the US Constitution says: **The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated.**

131. Tyler James Eschle does not need to rely on the Incorporation Doctrine to establish this cause of action because he is a white citizen of Missouri.

132. The Defendant has a duty to follow the US Constitution and the Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with 5 USC § 3331.

133. The vehicle and all items within it, which should have remained in the Plaintiffs' possession, were effectively "seized" when the vehicle was towed away during the night of 10/26/2026 to

10/27/2026 at the arbitrary whim of the oppressive Defendant. This included items such as shoes used for work, work uniform, and various other personal belongings.

Cause of Action 14: By Plaintiff TYLER JAMES ESCHLE against Defendant EZ TOW AND RECOVERY SERVICE LLC – Violation of the Fifth Amendment of the US Constitution (via Incorporation Doctrine)

134. TYLER JAMES ESCHLE *incorporates by reference all of the above points of this complaint as* though fully stated with the same force and effect as if the same were set forth at length herein.

135. The Fifth Amendment of the US Constitution states: **No person shall … be deprived of life, liberty, or property without due process of law.**

136. TYLER JAMES ESCHLE does not have direct access to the protections of the Fourth Amendment but must use the Incorporation Doctrine cases to access those protections. The case that gives him the protections heeded to structure this cause of action is *Chicago, Burlington, & Quincy Railroad Co. v. City of Chicago, 166 U.S. 226 (1897).*

137. The Defendant has a duty to follow the US Constitution and the Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with 5 USC § 3331.

138. The Defendant forcefully took possession of the vehicle which was fully paid for by TYLER JAMES ESCHLE. This heavily deprived TYLER JAMES ESCHLE, illegally, of life, liberty, and property without due process and without him having done anything illegal.

Cause of Action 15: By Plaintiff Tyler James Eschle against Defendant EZ TOW AND RECOVERY SERVICE LLC – Violation of the Fifth Amendment of the US Constitution

139. Tyler James Eschle incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

140. The Fourth Amendment of the US Constitution says: **No person shall … be deprived of life, liberty, or property without due process of law.**

141. Tyler James Eschle does not need to rely on the Incorporation Doctrine to establish this cause of action because he is a white citizen of Missouri.

142. The Defendant has a duty to follow the US Constitution and the Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with 5 USC § 3331.

143. The Defendant forcefully took possession of the vehicle which was fully paid for by Tyler James Eschle and then blocked him from communicating with them for the retrieval of his personal belongings. This heavily deprived Tyler James Eschle, illegally, of life, liberty, and property without due process and without him having done anything illegal.

## Cause of Action 16: By Plaintiff Tyler James Eschle against Defendant CAPITAL ONE AUTO FINANCE – Violation of the Ninth Amendment of the US Constitution

144. Tyler James Eschle incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

145. The Ninth Amendment is, essentially, the sovereignty Amendment. It is the basis for how the Honorable Roger B. Taney defined State citizenship in the Dred Scott v. Sanford case. He described the white State citizens as being "members of the sovereignty" and those who "form the sovereignty". This Amendment is the "etc" Amendment and includes all unenumerated rights not mentioned by the previous 8 Amendments. The Ninth Amendment is available only to white citizens of the States of the Union because it has never been incorporated into the 14th Amendment via the Incorporation Doctrine. Rights such as traveling in private by locomotion, fishing, practising law, owning/operating a business, having a bank account, etc are all found under this Amendment for white citizens of the States of the Union. All of the various privileges that non-whites or legal fictions under the 14th Amendment need to get a license for would be covered under the Ninth Amendment for a white citizen of a State. This Amendment is what makes a white citizen of a State a "sovereign citizen", as described by the Honorable Chief Justice Taney in the Dred Scott v. Sanford case. Anything that a white citizen of a State says is his right under the 9th Amendment, is his right as long as it is not harming another or lowering the quality of life for others in a way that would be a violation of common law.

146. The Defendant has a duty to follow the US Constitution and the Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with 5 USC § 3331.

147. Tyler James Eschle has a right, under the Ninth Amendment, to travel privately in a modern form of locomotion when he properly and timely operates as the indorser on behalf of TYLER JAMES ESCHLE when it comes to the negotiation and tendering of notes and drafts.

148. The Defendant breached this by enslaving Tyler James Eschle and roping him into their web of ignorance pertaining to our national currency. By inducing Tyler James Eschle into signing an instrument without the opportunity to learn that by signing with a Blank Indorsement he was

providing the Defendant with an instrument that held Actual Cash Value equal to the amount of the Federal Reserve Notes that were used to purchase the vehicle, and then using their powerful resources to take possession of the vehicle in the middle of the night, the Defendant has heavily violated the peace and security of Tyler James Eschle causing irreparable harm in multiple forms, including but not limited to: involuntary forfeiture of hard-earned Federal Reserve Notes, lost wages due to missed work, loss of employment due to lack of personal mode of transportation, and loss of personal belongings.

149. Despite Tyler James Eschle being available and willing to assist the Defendant's advocates to understand the Uniform Commercial Code, which is quite above and beyond his obligation in this contractual relationship, his offers to assist were ceaselessly and ignorantly denied. There is a plethora of attempted good faith on behalf of Tyler James Eschle to address confusions, all of which have been rejected.

## SECTION V – DEMAND FOR RELIEF

Wherefore, Plaintiffs respectfully request that this Court enter judgment in their favor and against Defendant as follows:

150. Repayment by Defendant GLS of all Federal Reserve Notes overpaid by TYLER JAMES ESCHLE which includes a $4400 downpayment and 14 payments made which are estimated to add up to $7,530. This is estimated due to changing banks during that time period and being unable to see the payments from February to September of 2024. The total amount estimated to have been overpaid is $11,930.

151. Full discharge of any debt or other financial obligation being held by Defendant COAF against TYLER JAMES ESCHLE and release of the Lien on the title for the Vehicle with VIN # 1FMCU0G66MUA17956.

152. Repayment by Defendant COAF of all Federal Reserve Notes overpaid by TYLER JAMES ESCHLE which total $6786.16.

153. $500 in damages from Defendant GLS for each day Plaintiffs were subject to peonage, payable in negotiable instruments (such as Federal Reserve Notes, check, etc.). There were 447 days between 01/13/2024 and 04/04/2025 which makes the total amount $223,500.

154. $500 in damages from Defendant COAF for each day Plaintiffs were subject to Peonage and $1000 for each day the Plaintiffs were without use of the vehicle with VIN # 1FMCU0G66MUA17956, payable in negotiable instruments (such as Federal Reserve Notes, check,

etc.) if under causes of action by TYLER JAMES ESCHLE and payable in gold and silver coins if under causes of action by Tyler James Eschle. There were 574 days between 04/04/2025 and the "repossession" of the vehicle on 10/29/2026 which makes the base amount $287,000.

155. $5000 in damages from EZ Tow and Recovery Service, LLC per cause of action, if under causes of action by TYLER JAMES ESCHLE and payable in gold and silver coins if under causes of action by Tyler James Eschle.

156. The Defendants must pay in legal tender in accordance with 31 USC § 5103 but Tyler James Eschle may only be paid in gold and silver coins in accordance with Article 1 Section 10 of the US Constitution. This disparity in monetary systems is easily fixed by having Tyler James Eschle and the Defendants split the cost of an escrow transaction. This allows no laws to be broken for this transaction to take place as the escrow will be able to facilitate a smooth tender of the proper type of lawful money or legal tender to all parties. The escrow party, also being a 14th Amendment citizen, may treat the gold and silver coins as commodities during this transaction, preventing the illegal handling of lawful money.

157. Any additional exemplary damages in order to curtail and actively prevent the Defendant violating Federal statutes or the US Constitution, of which the attorneys for the Defendants have sworn an oath to uphold in accordance with Article IV of the U.S. Constitution.

158. Any other relief this court may consider equitable for this case.

October 28th, 2026

TYLER JAMES ESCHLE and Tyler James Eschle

Without prejudice
By: /s/ *Tyler James Eschle, white Missourian*
Tyler James Eschle, white Missourian
On behalf of self and as owner of sole proprietorship
1131 W Battlefield St H-10
Nixa, MO 65714
Flippingtables3312@gmail.com
(945) 239-0301