# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

Southern Division

| | |
|---|---|
| TYLER JAMES ESCHLE (sole proprietorship), Tyler James Eschle (white Missourian)<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>**-v-**<br><br>CAPITAL ONE AUTO FINANCE, EZ TOW AND RECOVERY SERVICE LLC<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. ______________<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | TYLER JAMES ESCHLE (sole proprietorship) |
| Street Address | General Delivery |
| City and County | Nixa Greene |
| State and Zip Code | 65714 |
| Telephone Number | 9452390301 |
| E-mail Address | ~~tylereschle12@outlook.com~~<br>flippingtables3312@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CAPITAL ONE AUTO FINANCE |
| Job or Title *(if known)* | Nondepository Credit Institution |
| Street Address | 7933 Preston Road |
| City and County | Plano Collin |
| State and Zip Code | Texas 75024 |
| Telephone Number | 800-946-0332 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | EZ TOW AND RECOVERY SERVICE, LLC |
| Job or Title *(if known)* | |
| Street Address | 404 North Seminole |
| City and County | Clever |
| State and Zip Code | MO 65631 |
| Telephone Number | 4178306037 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 USC § 1581, UCC § 3-305

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Tyler James Eschle, is a citizen of the State of *(name)* Missouri.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________, is incorporated under the laws of the State of *(name)* ______________, and has its principal place of business in the State of *(name)* ______________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________, is a citizen of the State of *(name)* ______________. Or is a citizen of *(foreign nation)* ______________.

b. If the defendant is a corporation

The defendant, *(name)* CAPITAL ONE AUTO FINANCE, is incorporated under the laws of the State of *(name)* Virginia, and has its principal place of business in the State of *(name)* Texas.

Or is incorporated under the laws of *(foreign nation)* ______,

and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff claims an owed amount of $6786.16 and is seeking relief to the tune of $300,000 for being the victim of peonage.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The refinancing of the vehicle which this complaint is based around took place in Texas.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Time period beginning 04/04/2025 through 10/27/2026

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. On 04/04/2026 an agreement between Defendant and Plaintiffs occurred to refinance vehicle with VIN # 1FMCU0G66MUA17956. This agreement, titled "Loan and Security Agreement", contained an promissory note that was required to be signed in order for the loan to be made for the vehicle.
2. Plaintiffs were induced to sign the promissory note without knowledge or reasonable opportunity to learn of the instruments character. Plaintiff later discovered that when he provided what is legally known as a "blank indorsement" that document (when it was later printed) became a "negotiable instrument" in accordance with UCC § 3-104 and collateral for the security interest that was created by the Plaintiff's signature.
3. This document, in the hands of the lender, holds Actual Cash Value equal to the dollar amount of the promise to pay and can be transferred (or negotiated) for value (Federal Reserve Notes).

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

If the Plaintiff's car was taken possession of by the Defendant, the Plaintiff would suffer irreparable harm in the form of being without mode of private travel to the place where the Plaintiff contracts his work and would lose the singular, very small stream of income he relies on to have shelter (protection) and to keep himself and his pet dog alive in an economy that requires more than he is already making in order to live remotely comfortably.

Furthermore, the Plaintiff's emotional and mental duress being experienced every day due to the state of peonage he has found himself in will multiply if the only mode of private transport he has worked so hard to obtain is taken from him simply because he could not continue to overpay the loan that was part of the initial agreement.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Temporary Restraining Order on Defendant to restrict him from taking possession of the vehicle with VIN # 1FMCU0G66MUA17956, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure
2. Discharge of entire debt that was agreed to be paid at interest after the initial promissory note of the agreement was signed by the Plaintiffs and negotiated back to the Defendant.
3. Release of the Lien of the Title for the vehicle with VIN # 1FMCU0G66MUA17956
4. Repayment of all overpayments made to the Defendant by the Plaintiff using Federal Reserve Notes, which total $6786.16.
5. $287,000 in Federal Reserve Notes for inducing the Plaintiffs into a state of Peonage and another $1000 each day the Plaintiffs are without use of the vehicle.

## VI. *Certification and Closing*

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ____________________

Signature of Plaintiff ________________________________________

Printed Name of Plaintiff ________________________________________

### B. For Attorneys

Date of signing: ____________________

Signature of Attorney ________________________________________

Printed Name of Attorney ________________________________________

Bar Number ________________________________________

Name of Law Firm ________________________________________

Street Address ________________________________________

State and Zip Code ________________________________________

Telephone Number ________________________________________

E-mail Address ________________________________________

Section I Subsection A.

Plaintiff #2

Tyler James Eschle

1131 W Battlefield St H-10, Springfield, MO 65807

9452390301

Tylereschle12@outlook.com

Section III subsection C.

1. On 04/04/2026 an agreement between Defendant and Plaintiffs occurred to refinance vehicle with VIN # 1FMCU0G66MUA17956. This agreement, titled "Loan and Security Agreement", contained an promissory note that was required to be signed in order for the loan to be made for the vehicle.

2. Plaintiffs were induced to sign the promissory note without knowledge or reasonable opportunity to learn of the instruments character. Plaintiff later discovered that when he provided what is legally known as a "blank indorsement" that document (when it was later printed) became a "negotiable instrument" in accordance with UCC § 3-104 and collateral for the security interest that was created by the Plaintiff's signature.

3. This document, in the hands of the lender, holds Actual Cash Value equal to the dollar amount of the promise to pay and can be transferred (or negotiated) for value (Federal Reserve Notes).

4. Therefore, there was an equal exchange that took place and anything beyond that exchange would cause inadequate consideration to take place.

5. Not only did the Defendant commit breach of fiduciary duty by not making this known to the Plaintiff, they proceeded to induce the Plaintiff into a state of peonage with the Plaintiff being forced to pay back the amount of the loan at interest over a 50-month period.

6. Plaintiff became aware of this truth in the month of June, 2026.

7. Plaintiff filed a UCC 1 form with the Missouri Secretary of State on 10/5/2026 claiming fraud based on UCC § 3-305. The delay was caused by serious hardship that befell upon the Plaintiff, which included garnished wages, loss of employment, denial of UE benefits, and the restriction of credit lines.

8. Plaintiff has made multiple attempts to initiate discussions about this with the highest level of escalation possible for CAPITAL ONE AUTO FINANCE, but was essentially

disregarded and given scripted responses that ignored the Plaintiff's attempts at reconciliation.

9. Plaintiff received daily smartphone notifications and frequent letters from the Defendant with threats of repossession. On 10/27/2026 it was confirmed that the Defendant was going to initiate an order to repossess on 10/28/2026.

10. Vehicle was taken possession of on 10/29/2026 by EZ TOW AND RECOVERY SERVICE, LLC. Force of the court is needed to stop these rogue agencies from further violating the rights of TYLER JAMES ESCHLE.