# AFFADAVIT OF TRUTH

In reference to the Citizenship of Tyler James Eschle and TYLER JAMES ESCHLE

Date: 11/05/2026

By: Tyler James Eschle, white State citizen of Missouri
1131 W Battlefield St H-10
Springfield, MO 65807

# SECTION 1

Hello! Be it known to all courts, governments, and other parties commercial or private, that I, Tyler James Eschle was born on 12/15/1992 as a white citizen of Texas and I am currently a white citizen of Missouri due to a change in domicile. I am not a US citizen or non-citizen national of the United States. I have never been a resident of the United States.

TYLER JAMES ESCHLE, who is a US citizen in accordance with 8 USC § 1101(a)(22)(A) and 8 USC § 1401(a), and is the sole proprietorship of Tyler James Eschle. TYLER JAMES ESCHLE is an "individual" in accordance with 8 USC § 1101(b)(3). TYLER JAMES ESCHLE was born on 01/05/1993.

TYLER JAMES ESCHLE was born either in the District of Columbia or in an area that would fall under 4 USC § 72. I will enclose a birth certificate (or DS-10) to prove that TYLER JAMES ESCHLE falls under 8 USC § 1401(a).

The citizenship class of Tyler James Eschle is perfectly described by what was said by the Honorable Mr. Chief Justice Roger B. Taney in *Dred Scott v. Sandford, 60 US 393 (U.S. Supreme Court - 1857)*. This definition was made prior to the US citizen category being made into a separate legal class in the Civil Rights Act of 1866 (which then became the 14th Amendment):

> **The words "people of the United States" and "citizens" are synonymous terms, and mean the same thing. They both describe the political body who, according to our republican institutions, form the sovereignty, and who hold the power and conduct the Government through their representatives. They are what we familiarly call the "sovereign people," and every citizen is one of this people, and a constituent member of this sovereignty**

The citizenship class of TYLER JAMES ESCHLE (sole proprietorship) as a US citizen requires us to examine some cases:

*Slaughter-House Cases, 83 US 36 (U.S. Supreme Court - 1873)* set the stage as to what the US citizen category was made to be by these quotes from the Honorable Samuel Freeman Miller:

**1. then all the negro race who had recently been made freemen, were still, not only not citizens, but were incapable of becoming so by anything short of an amendment to the Constitution.**

**To remove this difficulty primarily, and to establish a clear and comprehensive definition of citizenship which should declare what should constitute citizenship of the United States, and also citizenship of a State, the first clause of the first section was framed.**

**2. The first observation we have to make on this clause is, that it puts at rest both the questions which we stated to have been the subject of differences of opinion. It declares that persons may be citizens of the United States without regard to their citizenship of a particular State, and it overturns the Dred Scott decision by making all persons born within the United States and subject to its jurisdiction citizens of the United States. That its main purpose was to establish the citizenship of the negro can admit of no doubt.**

**3. Not only may a man be a citizen of the United States without being a citizen of a State, but an important element is necessary to convert the former into the latter.**

**4. It is quite clear, then, that there is a citizenship of the United States, and a citizenship of a State, which are distinct from each other, and which depend upon different characteristics or circumstances in the individual.**

**5. Of the privileges and immunities of the citizen of the United States, and of the privileges and immunities of the citizen of the State, and what they respectively are, we will presently consider; but we wish to state here that it is only the former which are placed by this clause under the protection of the Federal Constitution, and that the latter, whatever they may be, are not intended to have any additional protection by this paragraph of the amendment.**

**If, then, there is a difference between the privileges and immunities belonging to a citizen of the United States as such, and those belonging to the citizen of the State as such the latter must rest for their security and protection where they have heretofore rested; for they are not embraced by this paragraph of the amendment.**

**6. We do not say that no one else but the negro can share in this protection. Both the language and spirit of these articles are to have their fair and just weight in any question of construction. Undoubtedly while negro slavery alone was in the mind of the**

**Congress which proposed the thirteenth article, it forbids any other kind of slavery, now or hereafter. If Mexican peonage or the Chinese coolie labor system shall develop slavery of the Mexican or Chinese race within our territory, this amendment may safely be trusted to make it void. And so if other rights are assailed by the States which properly and necessarily fall within the protection of these articles, that protection will apply, though the party interested may not be of African descent. But what we do say, and what we wish to be understood is, that in any fair and just construction of any section or phrase of these amendments, it is necessary to look to the purpose which we have said was the pervading spirit of them all, the evil which they were designed to remedy, and the process of continued addition to the Constitution, until that purpose was supposed to be accomplished, as far as constitutional law can accomplish it.**

As can be seen by the above quotes, particularly point 6, the US citizen category was created primary for the "negroes" but it includes all non-whites. Then this definition of "US citizen" was expanded to include legal fictions, such as sole proprietorships, in *Santa Clara County v. Southern Pacific Railroad Co., 118 U.S. 394 (US Supreme Court - 1886)*. In that case, the Honorable John Marshall Harlan says the following:

**One of the points made and discussed at length in the brief of counsel for defendants in error was that "corporations are persons within the meaning of the Fourteenth Amendment to the Constitution of the United States." Before argument, MR. CHIEF JUSTICE WAITE said:**

**"The Court does not wish to hear argument on the question whether the provision in the Fourteenth Amendment to the Constitution which forbids a state to deny to any person within its jurisdiction the equal protection of the laws applies to these corporations. We are all of opinion that it does."**

As a white State citizen, Tyler James Eschle has no right to the 14th Amendment at all, as clarified in a case that occurred the day after the Honorable Mr. Samuel Freeman Miller gave his opinion in *Slaughter-House Cases, 83 US 36 (U.S. Supreme Court - 1873)*. *Slaughter-House* was April 14th, 1873; the next day, we have a case called *Bradwell v. State, 83 US 130 (U.S. Supreme Court - 1873)*. In this case, the Honorable Mr. Miller says the following, proving that a white State citizen (non US citizen) does not have the ability to use the 14th Amendment in any way:

**As regards the provision of the Constitution that citizens of each State shall be entitled to all the privileges and immunities of citizens in the several States, the plaintiff in her affidavit has stated very clearly a case to which it is inapplicable.**

**The protection designed by that clause, as has been repeatedly held, has no application to a citizen of the State whose laws are complained of. If the plaintiff was a citizen of the**

**State of Illinois, that provision of the Constitution gave her no protection against its courts or its legislation.**

Mr. Ward Hunt, one of the 5 Supreme Court Justices who was in agreement in the *Slaughterhouse Cases* of 1873, also goes into much more information regarding the differences in State and US citizenship and also what US citizenship was before and after the 14th Amendment in the infamous US v. Anthony case (Susan B. Anthony case). He also speaks about the *Bradwell v. State* case mentioned above, which you can see in these quotes (bolds and underlines used to bring attention):

1. The fourteenth amendment **<u>creates</u>** and defines citizenship of the United States. It had long been contended, and had been held by many learned authorities, and had never been judicially decided to the contrary, that there was no such thing as a citizen of the United States, except as that condition arose from citizenship of some state. No mode existed, it was said, of obtaining a citizenship of the United States, except by first becoming a citizen of some state.

2. After **<u>creating</u>** and defining citizenship of the United States, the fourteenth amendment provides, that "no state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States." **<u>This clause is intended to be a protection, not to all our rights, but to our rights as citizens of the United States only</u>**; that is to rights existing or belonging to that condition or capacity. The expression, citizen of a state, used in the previous paragraph, is carefully omitted here. In article 4. § 2, subd. 1. of the constitution of the United States, it had been already provided, that "the citizens of each state shall be entitled to all privileges and immunities of citizens in the several states." The rights of citizens of the states and of citizens of the United States are each guarded by these different provisions. That these rights are separate and distinct, was held in the Slaughterhouse Cases, 16 Wall. [83 U. S.] 36, recently decided by the supreme court. **<u>The rights of citizens of the state, as such, are not under consideration in the fourteenth amendment. They stand as they did before the adoption of the fourteenth amendment, and are fully guaranteed by other provisions.</u>**

3. The case of Bradwell v. State, 16 Wall. [83 U. S.] 130. decided at the recent term of the supreme court, sustains both of the positions above put forth, viz., first that the rights referred to in the fourteenth amendment are those belonging to a person as a-citizen of the United States and not as a citizen of a state; and second, that a right of the character here involved is not one connected with citizenship of the United States. Mrs. Bradwell made application to be admitted to practice as an attorney and counsellor at law in the courts of Illinois. Her application was denied, and, upon a writ of error, it was held by the supreme court, that, to give jurisdiction under the fourteenth amendment, the claim must be of a right pertaining to citizenship of the United States, and that the claim made by her did not come within that class of cases.

You can also see further evidence of the above in in *ELLEN R. VAN VALKENBURG v. ALBERT BROWN 43 Cal. 43 (California Supreme Court - 1872):*

> **No white person born within the limits of the United States, and subject to their jurisdiction, or born without those limits, and subsequently naturalized under their laws, owes the status of citizenship to the recent amendments to the Federal Constitution. The history and aim of the Fourteenth Amendment is well known, and the purpose had in view in its adoption well understood. That purpose was to confer the status of citizenship upon a numerous class of persons domiciled within the limits of the United States, who could not be brought within the operation of the naturalization laws because native born, and whose birth, though native, had at the same time left them without the status of citizenship. These persons were not white persons, but were, in the main, persons of African descent, who had been held in slavery in this country, or, if having themselves never been held in slavery, were the native-born descendants of slaves. Prior to the adoption of the Fourteenth Amendment it was settled that neither slaves, nor those who had been such, nor the descendants of these, though native and free born, were capable of becoming citizens of the United States. (Dred Scott v. Sanford, 19 How. 393.) The Thirteenth Amendment, though conferring the boon of freedom upon native-born persons of African blood, had yet left them under an insuperable bar as to citizenship; and it was mainly to remedy this condition that the Fourteenth Amendment was adopted.**

*****

In accordance with the above information, TYLER JAMES ESCHLE has his allegiance with the District of Columbia, which is called "United States." Tyler James Eschle has his allegiance to Texas, exclusively, but he is also a non-citizen national of The Amnesty Coalition. The Amnesty Coalition is a foreign state, as that is defined in 8 USC § 1101(a)(14), that is helping the USA to bring back gold and silver coins as the monetary system as well as to permanently eliminate (or at least clarify) the US citizen classification as only applying to non-whites. This is not a racist movement but is purely and strictly legal in structure (personal opinions are not a part of the movement). The Amnesty Coalition can be found at www.theamnestycoalition.org.

Section 2 will now be all the information that applies specifically to the covenant that Tyler James Eschle has made to The Nation of The Amnesty Coalition, so that you have received this application in full transparency and understand the intent and goals behind the owner of the US citizen applying for this passport.

Thank you, again, very much for your assistance.

# SECTION 2

**Definitions:**

**Nation:**

"An Independent body politic; a society of men united together for the purpose of promoting their mutual safety and advantage by the joint efforts of their combined strength. But every combination of men who govern themselves independently of all others will not be considered a nation. A body of pirates, for example, who govern themselves, are not a nation. To constitute a nation, another ingredient is required. The body thus formed must respect other nations in general, and each of their members in particular. Such a society has her affairs and her interests; she deliberates and takes resolutions in common, thus becoming a moral person, who possesses an understanding and will peculiar to herself, and is susceptible of obligations and rights." Vattel, Prelim. III, 2; 5 Pet. (U. S.) 52. See 1 Idaho (N. S.) 612.

**Peace:**

The tranquility enjoyed by a political society, internally by the good order which reigns among its members, and externally by the good understanding it has with all other nations. Applied to the internal regulations of a nation, peace imports, in a technical sense, not merely a state of repose and security as opposed to one of violence or warfare, but likewise a state of public order and decorum. -Black's Law 4th Edition

**Ambassador:**

In international law, a public officer, clothed with high diplomatic powers, commissioned by a sovereign prince or state to transact the international business of his government at the court of the country to which he is sent. -Black's Law 4th Edition

**Intent:**

"Intent" expresses mental action at its most advanced point, or as it actually accompanies an outward, corporal [of or involving the body] act which has been determined on. Intent shows the presence of will in the act which consummates a crime. It is the exercise of intelligent will, the mind being fully aware of the nature and consequences of the act which is about to be done, and with such knowledge, and with full liberty of action, willing and electing to do it. -Black's Law 4th Edition (bracket section added by Brandon Joe Williams to clarify the word "corporal")

**Covenant:**

An agreement between two or more parties, reduced to writing and executed by a sealing and delivery thereof, whereby some of the parties named therein engage, or one of them engages, with the other, or others, or some of them, therein also named, that some act hath or hath not already been done, or for the performance or non-performance of some specified duty. -Black's Law 4th Edition

**Obligation:**
The binding power of a vow, promise, oath, or contract, or of law, civil, political, or moral, independent of a promise; that which constitutes legal or moral duty, and which renders a person liable to coercion and punishment for neglecting it. -Black's Law 4th Edition

*****

## COVENANT OF AN AMBASSADOR OF THE AMNESTY COALITION

The nation/state of The Amnesty Coalition is a temporary nation that is a large amalgamation of many different people from all races and walks of life that all follow several simple rules:

1. To be at peace at all times and never allow yourself or your world to be poisoned by people trying to manipulate you into some kind of warfare. Even the Art of War, by Sun Tzu, is only applicable in times of war. Since "all warfare is based on deception," then I suppose our transparency is evidence as to our lack of desire for war.

2. To devote the basic essence of your life to the creation, clarification and dissemination of the definitions and meanings of words, terms, phrases and symbols, as needed to expand and clarify this world. This dissemination includes presenting the meanings and definitions in a way that promotes excitement and understanding in the person receiving the information.

3. The recognition and dissemination that the 14th Amendment, in the United States, was never legally ratified. The final few states required to make it pass were threatened, under duress, to sign (which nullifies their contracts and signatures). This is covered, in detail, in the first session of the 90th Congress, that the 14th Amendment was never legally ratified and you pledge to assist the US Congress to correct that massive misunderstanding. Congress needs our help and we are going to stand with them to fix this situation. The 14th Amendment was not originally something evil but, over the course of over a century of time, its original intention has been warped and misunderstood in a very damaging way to cause people to unknowingly confer the nationality of "US citizen" upon themselves (thus stripping all of their rights as State citizens and to be left barren with only the same "privileges and immunities" that were offered to the released "negroes" after the ending of slavery).

4. You promise to work towards the usage of real money (gold/silver coins) and to eliminate negotiable instruments (unconditional promises and orders to pay) to be circulated as currency. You understand and acknowledge the same dangers that the Founding Fathers warned us against regarding paper currency that is not tied to gold and silver coins. You understand that this negotiable instrument system creates homelessness, squalor, etc and you agree that every man, woman and child on the planet deserves the basic necessities of food, water, shelter, etc. You pledge yourself to

be a soldier in the fight for a more just financial system where everyone can support themselves and their family without undue economic difficulty.

5. You promise to uphold the Code of a Pickletarian to the absolute limit of your abilities at all times. The Code can be seen at: https://www.theamnestycoalition.org/the-code-of-a-pickletarian

6. You promise that you have fully read The Guide to the Most Beautiful Woman in the World: The United States of America by Brandon Joe Williams.

7. It is HIGHLY RECOMMENDED that you read the Law of Nations by Emer de Vattel. This will probably, eventually, be made into a requirement but for now it is only a STRONG recommendation. This book is quite large and intimidating but not that hard to read. Once you get rolling, you will see it's not that tough. You can get a very cheap ($15) and high-quality print of this book on Amazon using this link: https://a.co/d/95NMGkZ

**THESE RULES ARE NOT OBLIGATIONS AND WILL NEVER BE SUBJECT TO ANY SPECIFIC SCRUTINY. THESE RULES ARE A BOND WITH OURSELVES, AS A MORAL AND HONORABLE DUTY THAT WE OURSELVES TAKE GREAT PRIDE AND ENJOYMENT FULFILLING. THERE ARE NOT FEELINGS OF "FAILURE," "SHAME," OR "GUILT" INVOLVING THESE IDEAS. WE APPLY THESE RULES TO THE BEST OF OUR ABILITIES AT ALL TIMES THROUGH OUR LIFE AND NEVER FEEL AN "OBLIGATION" TOWARDS THESE IDEAS. WE ARE NOT A PRISONER TO OUR COVENANT, OUR COVENANT IS BEAUTY AND PEACE, PERSONIFIED.**

We understand that the beauty and appreciation for life is achieved not by material things, necessarily, but by a personal nobility and love for ourselves and others. Material things may or may not be a part of that but are not the key aspects of life.

The Amnesty Coalition does not seek fighting, violence or revenge for any of the imagined or real injustices occurring in the world. Instead, we realize that the people responsible for the world we live in are terribly depraved. We understand, as a collective, that their very own degraded personal experience of life is more of a revenge than anything we could ever hope to do to them.

We understand that the people who are responsible for how bad certain areas of the world are, hate themselves and hate others. We understand that these people, of which do not constitute a large percentage of the population, have created their own prison. They do not enjoy their lives and they live in their own personal festering prison that has been covered over by a frail blanket of arrogance. We know that their only defense to the overbearing guilt that they could have for their offenses is to manufacture a world, in their own mind, where every single person in the world is truly evil and deserves to be tortured and killed.

This leaves a person, who is in that condition, in a world that is terrifying and hostile. A world that is not enjoyable. A world that needs to be destroyed.

Because of this, we are coming together to forgive them and clean up the mess they have made, no differently than a crying baby that has spilled their milk. Their existence in this state is more of a true vengeance than absolutely anything we could do to them with our own hands.

Each individual member of the nation is where each individual member says they are. As a collective, the only possible way to describe the location of The Amnesty Coalition, would be "Earth."

There are no "citizens" of The Amnesty Coalition. There are no passive positions available within the nation of The Amnesty Coalition. There are ONLY ambassadors.

As a general rule of operation, we follow the advice of Sun Tzu during times of war, but we have clarified a particular point of what he says...

Sun Tzu says "know thy enemy." But what we, as The Amnesty Coalition, question is that if you know someone SO WELL... do they naturally cease to become an enemy? We ask ourselves: "is an enemy only an enemy due to a lack of OUR OWN understanding?"

We do not live from a position of being a victim... being affected negatively by things and people around us. Instead, through the clarification of the definitions of words, terms and phrases, we are able to understand people to such a level that all hostilities simply melt away.

We ask questions involving the definitions of words, terms and phrases with childlike-precision. We do not judge or hate. We attempt to understand because understanding is the ONLY settlement to the dispute called "war." Many people create wars; we end wars.

We understand that most people are not in combat with us explicitly. We understand that most people are in combat with themselves or some semblance of their own past. We don't take things personally. We know that by helping someone else define the words, terms and phrases, we are freeing them from their own prison.

We walk the Earth as healers. We do not see others as a threat because we have devoted ourselves to our growth and that growth is more important than any assumed threat to that growth. We are the ones in control of our own destiny.

We believe and understand that INTENT is senior to thought. We agree that intent is the most senior aspect to all action. Because of this, all ambassadors must pledge, TO THE ABSOLUTE LIMIT OF THEIR CAPACITY, to always refocus, center and clarify their own intent in every area of their own life.

Ambassadors of The Amnesty Coalition do not use their diplomatic immunity to do harm to others, swindle others or make the world a harder place to live in. Anyone doing this in the name of The Amnesty Coalition is instantaneously not a member of ours and they do not need any official public

release from us to signify an ending of the relationship.

Our nation is naturally policed by the intention to clarify words, terms and phrases (and symbols as well). We assume ourselves to be aspiring to be the greatest communicators in the world due to our inquisitive attitude and unquenchable desire to know. We are not overbearing in our search for understanding but we are appreciative. We find other cultures and nations absolutely fascinating and our curiosity is something beautiful and interesting to us. Our idea of "traveling," for example, would be to submerge ourselves in a culture out of curiosity and respect.

We do not assume a position of superiority. But we do know that we live our lives wielding an extreme level of power. Our power is applied to the releasing of others from the bondage of a lack of definition and meaning from the words, terms, phrases and symbols in their mind. We know that, BY SIMPLY HELPING OTHERS INVESTIGATE THE MEANINGS OF WHAT THEY SAY OR THINK, WE FREE THEM FROM THE BONDAGE THEY HAVE TO THEIR OWN MIND.

We request to understand more about others because we wish to understand, but also because we wish others to understand. We walk the Earth as healers of the mind because we focus our energy into the clarification and expanding of consciousness for all the people in the world.

We believe that all people... including all police, judges, etc, deserve to understand the definitions of law. We believe all people are deserving of a searching inspection of the things in their mind.

WE HELP OTHERS TO INSPECT THEIR OWN MIND AND THE WORLD AROUND THEM.

We understand that those people who are able to successfully inspect their own mind are growing. We help them use dictionaries in order to build up their understanding of the symbolism of their own existence.

We understand that the ultimate level of control over a person's personal life is the complete control and redefining of all words, terms, phrases and symbols in a way that benefits them and everyone else around them to the maximum possible capacity.

We understand that a vast majority of people mean well. We understand that the biggest problem for most people is their own intent. We realize that we assist to straighten out the intent of others by helping them clarify the definitions of words, terms, phrases and symbols.

We realize there is a tremendous amount of "fear porn" in the world. Meaning information that is given to us that creates fear. We automatically assume that all information that creates fear in our world is manufactured by people that should not be listened to.

An ambassador of The Amnesty Coalition is not an exclusive position. Meaning all ambassadors are free to join or be a member of any other tribe, nation or government. As long as they agree to this

covenant in its entirety.

Any definitions of words that are found to be manufactured or produced with the intent to suppress or destroy others (within the nation or without) is the greatest possible crime within The Amnesty Coalition and will be met with immediate exile from the nation. This exile will be met with the only remedy for reentry being direct petition to Brandon Joe Williams and approval in writing in affidavit form.

The temporary nature of this nation is until the entire world is at peace. At that point, the nation will be dissolved and morph into another form where it will be more of a maintenance nation in order to simply maintain that of which has been completed.

All ambassadors of The Amnesty Coalition attest to the fact that they understand all the definitions of this covenant and agree to it without reservation. All ambassadors of The Amnesty Coalition devote themselves to the actions required to bring about the ideas and ideals of The Amnesty Coalition and Brandon Joe Williams. All ambassadors understand that this devotion needs to be entirely and fully determined by the individual ambassador and that no sort of groveling or worship is wanted or desired by Brandon Joe Williams. Without independent thought, decision and intent, all ambassadors risk losing their status as ambassadors.

Ambassadors of The Amnesty Coalition are called “Pickletarians.”

## Notarized Avouchment

**ALL TERMINOLOGY IN THIS DOCUMENT AND IN THIS AVOUCHMENT IS ONLY TO ASSIST IN THE INTERFACING BETWEEN THE NATION OF THE AMNESTY COALITION AND THE UNITED STATES AND SHOULD NOT BE CONSTRUED TO ASSUME THE NATION OF THE AMNESTY COALITION OPERATES "UNDER THE LAWS OF THE UNITED STATES".**

Without prejudice, all rights reserved.

Pursuant to 28 USC § 1746: executed without the United States: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on: 11/06/2026

I attest that I have understood each and every word, term, phrase and symbol in this document to the absolute limit of my abilities.

I attest that I will operate at peace in every action I take in life while being an Ambassador of The Amnesty Coalition. I attest that absolutely any action done that could be construed as non-peaceful puts The Amnesty Coalition in jeopardy and immediately eliminates my membership to The Amnesty Coalition.

I attest that the most prized aspect of The Amnesty Coalition is a perception of peace and decorum towards all other nations and anything that would go against that would, by definition, be outside the spectrum of what is done by someone who respects The Amnesty Coalition. Someone committing those acts, by definition, WOULD NOT REPRESENT THE AMNESTY COALITION IN ANY WAY AND FORFEITS THEIR MEMBERSHIP AND AMBASSADORSHIP.

Subscribed and sworn by the white State citizen on behalf of his US citizen:

Tyler James Eschle, agent for TYLER JAMES ESCHLE

AMY E BUCY
Notary Public - Notary Seal
Greene County - State of Missouri
Commission Number 24226245
My Commission Expires Jun 13, 2028

Amy E. Bucy
11-6-26