# *DURABLE POWER OF ATTORNEY*

Date: 11/06/26

**Principal:** sole proprietorship and US citizen "TYLER JAMES ESCHLE"
Address: The District of Columbia (resident in a State when naturalized into one)

**Agent/owner:** Free white man and citizen of Missouri (non-citizen and non-resident of the United States) "Tyler James Eschle"
Address: 123 Purple Monkey Lane, Pickletaria, The Nation of the Amnesty Coalition
(945) 239-0301
tylereschle12@outlook.com

**Background information regarding principal and agent/owner:**

On the birth certificate, my mother is listed as an "informant." She "informed" the Dept of Health and Human Services of my name so that the State could create a public corporation called a sole proprietorship using that same name. The date of birth for the sole proprietorship is a different date than the birth of myself as a free white man who was born a citizen of Texas (not a US citizen). Since this time, I have moved my domicile to Missouri and have become a Missourian (non US citizen). Tyler James Eschle was born in Texas, whereas TYLER JAMES ESCHLE was born in the District of Columbia.

For clarity, capitalization will be used in order to clearly differentiate myself as a white citizen of Missouri and the sole proprietorship, which is a US citizen and resident of Missouri. The white citizen of Missouri will be spelled "Tyler James Eschle," whereas the US citizen sole proprietorship will be spelled "TYLER JAMES ESCHLE."

If you look on the W-9 tax form from the IRS, you will see that the sole proprietorship is called a "disregarded entity" and also an "individual," whereas Tyler James Eschle would be called the "owner."

The tax identification number of the sole proprietorship is called a "social security number." Evidence of this can be found at 26 CFR § 301.7701-11. Tyler James Eschle, the white Missourian, does not have a social security number and does not qualify to have one, in accordance with 20 CFR § 422.104(a)(1), (a)(2) and (a)(3). He is none of those three classes and never has been any of those classes even before and after birth.

In the case *Dred Scott v. Sandford, 60 U.S. 393 (1857)*, the Honorable Chief Justice Roger B. Taney made a clear delineation on who was "people," as found in the Preamble, and who were "persons," in the Slave Trade Clause and 3/5ths Clause. These definitions were law at the time when the Civil Rights Act of 1866 was written and passed and it is crystal clear that the Act only applied to "persons," which was essentially for the released negroes at that time and did not include legal fictions until 1886 in a case called *Santa Clara County v. Southern Pacific Railroad Co., 118 U.S. 394.*

Then, as shown in the Congressional Records, the Civil Rights Act became the 14th Amendment because Congress was worried that, as power shifted in Congress, the new Civil Rights Act would be repealed. So, while the 14th Amendment did overturn the Dred Scott case, the clear separation of who are "people" and who are "persons" lives on in the 14th Amendment.

Myself as a white citizen of Missouri would be a "people" in the plural sense and I have absolutely no rights or obligations under the 14th Amendment, as made clear in *Slaughterhouse Cases, 83 U.S. 36 (1873)* and *Bradwell v. The State, 83 U.S. 130 (1873).*

The sole proprietorship, on the other hand, is a US citizen and would only be a resident while naturalized into a State. The sole prop would be a "persons" when used in the plural as it has rights and obligations only under the 14th Amendment.

The rights and obligations of Tyler James Eschle have absolutely nothing to do with the 14th Amendment or the Incorporation Doctrine cases. Tyler James Eschle has unabridged and direct access to each point of the Bill of Rights, this includes the only partially incorporated 5th and 6th Amendments as well as the entirely unincorporated 3rd, 7th, 9th and 10th Amendments.

The rights and obligations of TYLER JAMES ESCHLE flow through the 14th Amendment and the Incorporation Doctrine cases in order to arrive at the Bill of Rights. TYLER JAMES ESCHLE, at the time of signing this DPOA, has only partial access to the 5th and 6th Amendments and has absolutely no access to the 3rd, 7th, 9th or 10th Amendments.

Tyler James Eschle has a Federally registered trademark on the name "TYLER JAMES ESCHLE" for commercial use under USPTO #XXXXXXX.

## Durable Power of Attorney Contract

NOTICE: THIS IS A PRIVATE POWER OF ATTORNEY BEING EXECUTED IN THE NATION CALLED THE AMNESTY COALITION AND IS APPLICABLE INTERNATIONALLY

I, TYLER JAMES ESCHLE, legal fiction and Federal citizen resident in the District of Columbia, hereby appoint the free white man Tyler James Eschle, domiciled in and citizen of Missouri, as my attorney-in-fact ("Agent" or "Owner") to exercise the powers and discretions described below.

This Power of Attorney shall not be affected by my subsequent incapacity.

I hereby release all note, draft, security and bond creation to Tyler James Eschle. Only Tyler James Eschle has the capacity to decide on my ability or decision to contract in absolutely any way in commerce.

I hereby revoke any and all general powers of attorney and special powers of attorney that previously have been signed by me. This agreement hereby replaces the earlier ones that I had with Tyler James Eschle.

My Agent/Owner shall have full power and authority to act on my behalf. This power and authority shall authorize my Agent to manage and conduct all of my affairs and to exercise all of my legal rights and powers, including all rights and powers that I may acquire in the future. My Agent's powers shall include, but not be limited to, the power to:

1. Open, maintain or close bank accounts (including, but not limited to, checking accounts, savings accounts, and certificates of deposit), brokerage accounts, retirement plan accounts, and other similar accounts with financial institutions.

a. Conduct any business with any banking or financial institution with respect to any of my accounts, including, but not limited to, making deposits and withdrawals, negotiating or indorsing any checks or other instruments with respect to any such accounts, obtaining bank statements, passbooks, drafts, money orders, warrants, and certificates or vouchers payable to me by any person, firm, corporation or political entity. I also permit Tyler James Eschle to assign, create, eliminate and FULLY control any and all UCC1 filings, UCC3 fillings, security interests, etc on my behalf.

b. Add, delete or change beneficiaries to any financial accounts I own including insurance policies, annuities, retirement accounts, payable on death savings or checking accounts or other investments.

c. Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the United States of America, including U.S. Treasury Securities. This includes any non-US notes, securities, drafts, etc.

d. Have access to any safe deposit box that I might own, including its contents.

2. Sell, exchange, buy, invest, or reinvest any assets or property owned by me. Such assets or property may include income producing or non-income producing assets and property.

3. Take any and all legal steps necessary to collect any amount or debt owed to me, or to settle any claim, whether made against me or asserted on my behalf against any other person or entity.

4. Enter into binding contracts on my behalf.

5. Maintain and/or operate any business that I may own.

6. Employ professional and business assistance as may be appropriate, including attorneys, accountants, and real estate agents.

7. Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of my property (now owned or later acquired) including, but not limited to, real estate and real estate rights (including the right to remove tenants and to recover possession). This includes the right to sell or encumber any homestead that I now own or may own in the future.

8. Prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authorization to:

a. Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

b. Obtain information or documents from any government or its agencies, and represent me in all tax matters, including the authority to negotiate, compromise, or settle any matter with such government or agency.

c. Prepare applications, provide information, and perform any other act reasonably requested by any government or its agencies in connection with governmental benefits (including medical, military and social security benefits), and to appoint anyone, including my Agent, to act as my "Representative Payee" for the purpose of receiving Social Security benefits.

9. To transfer any of my assets to the trustee of any revocable trust created by me, if such trust is in existence at the time of such transfer.

10. To utilize my assets to fund a trust not created by me, but to which I have either established a pattern of funding, or to fund a trust created by my Agent for my benefit or the benefit of my dependents, heirs or devisees upon the advice of a financial adviser.

11. To create, sign, modify or revoke any trust agreements or other trust documents in an attempt to manage or create a trust that was created for my benefit or the benefit of my dependents, heirs or devisees. This shall include the creation, modification or revocation of any inter vivos, family living, irrevocable or revocable trusts.

12. To exercise fiduciary responsibilities that I have a right to delegate.

13. Subject to other provisions of this document, my Agent may disclaim any interest, which might otherwise be transferred or distributed to me from any other person, estate, trust, or other entity, as may be appropriate. However, my Agent may not disclaim assets to which I would be entitled, if the result is that the disclaimed assets pass directly or indirectly to my Agent or my Agent's estate. Provided that they are not the same person, my Agent may disclaim assets which pass to my Gift Agent, and my Gift Agent may disclaim assets which pass to my Agent.

14. Have access to my healthcare and medical records and statements regarding billing, insurance and payments. I do not have a physical body so any presumption that the physical body of Tyler James Eschle is actually mine is false and should be corrected. I have only a corporate body, not a living body.

15. Act on my behalf for the purposes of managing, distributing, and terminating my digital assets. For the purposes of this Power of Attorney, digital assets shall mean electronic assets that are stored on my computers, electronic devices, or on any online account, as identified in the Digital Assets Memorandum of this Power of Attorney. Online accounts include, but are not limited to, social-networking sites, online backup services, servers, email accounts, photo and document sharing sites, financial and business accounts, domain names, virtual property, websites, and blogs. The Digital Assets Memorandum, with associated websites, usernames, passwords, and related information, is hereby incorporated by reference into this Power of Attorney and shall be distributed to my Agent designated in this Power of Attorney. My Agent shall have the power and authority to manage, conduct, and to exercise all of my legal rights and powers relating to my digital assets, including all rights and powers that I may acquire in the future. My Agent's powers shall include, but not be limited to, the power to access, download, and backup digital assets, convert my file formats, access any and all devices necessary to manage digital assets, and clear computer caches and delete files.

This Power of Attorney shall be construed broadly as a General Power of Attorney. The listing of specific powers is not intended to limit or restrict the general powers granted in this Power of Attorney in any manner.

Any power or authority granted to my Agent under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing, (i) my income to be taxable to my Agent, (ii) my assets to be subject to a general power of appointment by my Agent, or (iii) my Agent to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my Agent.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A Successor Agent shall not be liable for acts of a prior Agent.

No person who relies in good faith on the authority of my Agent under this instrument shall incur any liability to me, my estate or my personal representative. I authorize my Agent to indemnify and hold harmless any third party who accepts and acts under this document.

If any part of any provision of this instrument shall be invalid or unenforceable under applicable law, such part shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provision or the remaining provisions of this instrument.

My Agent shall be entitled to reasonable compensation for any services provided as my Agent. My Agent shall be entitled to reimbursement of all reasonable expenses incurred as a result of carrying out any provision of this Power of Attorney.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent as required under state law or upon my request or the request of any authorized personal representative, fiduciary or court of record acting on my behalf.

This Power of Attorney shall become effective immediately, and shall not be affected by my disability or lack of mental competence, except as may be provided otherwise by an applicable State statute. This is a Durable Power of Attorney. This Power of Attorney shall continue effective until December 12, 2099. This Power of Attorney may be revoked by me at any time by providing written notice to my Agent.

Dated November 6th, 2026, at Springfield, Missouri Republic

______________________________
TYLER JAMES ESCHLE/principal

Witness Signature: ______________________________
Name: ________________

City: ____________________
State: ____________________

Witness Signature: ________________________________________
Name: ____________________
City: ____________________
State: ____________________

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF MISSOURI,
COUNTY OF GREENE

On 11-6-2026 before me, Tyler James Eschle, personally appeared TYLER JAMES ESCHLE who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Missouri that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Amy E. Bucy
Signature of Notary Public (Notary Seal)

AMY E BUCY
Notary Public - Notary Seal
Greene County - State of Missouri
Commission Number 24226245
My Commission Expires Jun 13, 2028

This document was prepared by:
Tyler James Eschle/agent

Notice to Person Accepting the Appointment as Attorney-in-Fact:

By acting or agreeing to act as the agent (attorney-in-fact) under this power of attorney you assume the fiduciary and other legal responsibilities of an agent. These responsibilities include:

1. The legal duty to act solely in the interest of the principal and to avoid conflicts of interest.

2. The legal duty to keep the principal's property separate and distinct from any other property owned or controlled by you.

You MAY transfer the principal's property to yourself without the need for full and adequate consideration and you may accept a gift of the principal's property. The only provision would be that the transferring of such property would need to be beneficial to the principal and agent.

I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting or agreeing to act as the agent (attorney-in-fact) under the terms of this power of attorney.

Agent attests this document to be signed on his behalf in the Nation of the Amnesty Coalition:

Date:

Signed:

____________________________________

Tyler James Eschle/agent

Digital Assets Memorandum

NOTE TO PRINCIPAL AND DIGITAL AGENT(S): This Digital Assets Memorandum should be separated from the rest of the power of attorney and be kept accessible only to the Principal and the Digital Agent(s), as this may contain sensitive and confidential information. This memorandum may be updated by the Principal from time to time.

Name of Digital Agent and Each Digital Asset

Digital Agent(s):
Name of Digital Agent: (your name)
Address:
City:
State:
Phone Number:

Digital Devices:
Name of Digital Asset: All digital devices such as computers, cell phones, etc.

Email Accounts:
Name of Digital Asset: All email accounts: Gmail, Hotmail, domain-specific, etc.

Social Networking Accounts:
Name of Digital Asset: All social media accounts: YouTube, Google, Facebook. TikTok, Instagram, LinkedIn, etc.

Online Bank Accounts:
Name of Digital Asset: All online bank accounts: Chase, Bank of America, Bank of the West, etc.

Online Media Accounts:
Name of Digital Asset: All online media accounts: Spotify, Soundcloud, etc.

Other Digital Assets:
Name of Digital Asset: Absolutely all digital assets: Steam, Online Phone Systems, etc.